### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | |
|---|---|
| VELMA BYRD, INDIVIDUALLY, § <br> AND AS PERSONAL § <br> REPRESENTATIVE AND EXECUTOR § <br> OF THE ESTATE OF WILLARD § <br> CAREY, DECEASED, AND AS § <br> SURVIVING DAUGHTER OF WILLIAM § <br> CAREY, DECEASED, § <br>    § <br>    Plaintiff, § <br>    § <br> v. § <br>    § <br> MERCK & CO., INC., § <br>    § <br>    Defendants. § | Civil Action NO. C-05-375 |

### ORDER STAYING ACTION

On this day came to be considered Defendant's Motion to Stay All Proceedings Pending Transfer to Multidistrict Litigation ("Motion to Stay"). During a telephone conference conducted on September 6, 2005, Plaintiff withdrew her opposition to Defendant's Motion. Therefore, the Motion to Stay is GRANTED, and the above-styled action is hereby STAYED until further order of the Court.

SIGNED and ENTERED this 6th day of September, 2005.

_____
Janis Graham Jack
United States District Judge